JOSEPH T. McCARTHY, Appellant, *v.* CITY OF NEW YORK et al., Respondents, Impleaded with Others.

Argued June 2, 1941; decided July 29, 1941.

*Julius Weiss* and *John Kadel* for appellant.

*William C. Chanler, Corporation Counsel (Herman Horowitz* and *Murray Sendler* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J,